**Affirmed as Modified and Opinion Filed December 1, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01078-CR

### ERIC ROSE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F11-55385-Y**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Myers and Brown
Opinion by Chief Justice Wright

Eric Rose pleaded guilty before a jury to aggravated robbery with a deadly weapon and true to an enhancement paragraph alleging a prior felony conviction. The jury assessed punishment at seventy-five years' imprisonment. *See* TEX. PENAL CODE ANN. § 29.03(a)(2) (West 2011). On appeal, appellant's attorney filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We

advised appellant of his right to file a pro se response, but he did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

Although not an arguable issue, we note the section of the trial court's judgment that pertains to the enhancement paragraph incorrectly states "n/a." We modify the trial court's judgment to show that appellant pleaded true to the enhancement paragraph and that the paragraph was found true. *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.—Dallas 1991, pet. ref'd).

As modified, we affirm the trial court's judgment.

Do Not Publish
TEX. R. APP. P. 47
121078F.U05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

-2-



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ERIC ROSE, Appellant

No. 05-12-01078-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 1 of Dallas County, Texas (Tr.Ct.No.
F11-55385-Y).
Opinion delivered by Chief Justice Wright,
Justices Myers and Brown participating.

Based on the Court's opinion of this date, the trial court's judgment is **MODIFIED** as follows:

The section entitled "Plea to 1st Enhancement Paragraph" is modified to show "True."

The section entitled "Findings on 1st Enhancement Paragraph" is modified to show "True."

As modified, we **AFFIRM** the trial court's judgment.

Judgment entered December 1, 2014.